CASE NO. 23-632

————————

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

————————

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 19,

*Petitioner*,

v.

NATIONAL LABOR RELATIONS BOARD,

*Respondent*,

and

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS, DISTRICT LODGE 160, LOCAL LODGE 289,

*Proposed Intervenor.*

————————

FROM A DECISION AND ORDER OF THE NATIONAL LABOR RELATIONS
BOARD, CASE 372 NLRB NO. 66, CASES 19-CD-269624 and 19-CD-269637

————————

**MOTION TO INTERVENE**

————————

David A. Rosenfeld, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023

*Attorneys for Proposed Intervenor*,

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS, DISTRICT LODGE 160, LOCAL LODGE 289

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 160, LOCAL LODGE 289, the Proposed Intervenor in this matter, hereby moves this Court for an Order permitting it to intervene in the proceeding *in International Longshore and Warehouse Union, International Longshore and Warehouse Union Local 19 v. National Labor Relations Board, Case 23-632*.

Intervention is sought under Federal Rule of Appellate Procedure 15.

Normally, charging parties such as INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 160, LOCAL LODGE 289 are permitted intervention in this proceeding seeking review of an Order of the National Labor Relations Board.  See *International Union, UAW, Local 283 v. Scofield* (1965) 382 U.S. 205, 208.  Indeed, *Scofield* holds that charging parties such as INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 160, LOCAL LODGE 289 are normally entitled to intervention in the Circuit Court.

Dated:  May 12, 2023                        Respectfully Submitted,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

                                            */s/ David A. Rosenfeld*
                        By:    David A. Rosenfeld

                                Attorneys for Proposed Intervenor,
                                INTERNATIONAL ASSOCIATION OF
                                MACHINISTS AND AEROSPACE
                                WORKERS, DISTRICT LODGE 160,
                                LOCAL LODGE 289

## CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1375 55th Street, Emeryville, California 94608.

I hereby certify that on May 12, 2023, I electronically filed the foregoing **MOTION TO INTERVENE** with the United States Court of Appeals, for the Ninth Circuit, by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Notice of Electronic Filing by the Court's CM/ECF system.

I certify under penalty of perjury that the above is true and correct. Executed at Emeryville, California, on May 12, 2023.

*/s/ Denise Taylor*
Denise Taylor

155653\1364803