UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19,<br><br>    Petitioners,<br><br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>    Respondent,<br><br>------------------------------------<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>    Intervenor. | No. 23-632<br><br>19–CD–269624<br>19–CD–269637<br>National Labor Relations Board<br><br>ORDER |
| PACIFIC MARITIME ASSOCIATION,<br><br>    Petitioner,<br><br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>    Respondent,<br><br>------------------------------------ | No. 23-658<br><br>19–CD–269624<br>19–CD–269637<br>National Labor Relations Board<br><br>ORDER |

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>      Intervenor. | |
| NATIONAL LABOR RELATIONS BOARD,<br><br>      Petitioner,<br><br>  v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19,<br><br>      Respondents, | No. 23-780<br><br>19-CD-269624<br>19-CD-269637<br>National Labor Relations Board<br><br>ORDER |

----------------------------------------

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>      Intervenor. | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>      Petitioner,<br><br>  v. | No. 23-793<br><br>19–CD–269624<br>19–CD–269637<br>National Labor Relations Board<br><br>ORDER |

> NATIONAL LABOR RELATIONS
> BOARD,
>
>         Respondent.

The motion by International Association of Machinists and Aerospace Workers, District 160, Local Lodge 289 to intervene in Nos. 23-632, 23-658, and 23-780 (Docket Entry No. 18 in No. 23-632; Docket Entry No. 16 in No. 23-658; Docket Entry No. 11 in No. 23-780) is granted.

The motion to consolidate (Docket Entry No. 19 in No. 23-632; Docket Entry No. 17 in No. 23-658; Docket Entry No. 12 in No. 23-780; Docket Entry No. 8 in No. 23-793) is granted. Petition Nos. 23-632, 23-658, 23-793, and cross-petition No. 23-780 are consolidated. The parties must include all case numbers on future filings.

The National Labor Relations Board has notified the court that pending before the Board is a motion by International Association of Machinists and Aerospace Workers, District 160, Local Lodge 289 for reconsideration of the order that is the subject of these proceedings. The motion for an extension of time to file the certified list (Docket Entry No. 22 in No. 23-632; Docket Entry No. 20 in No. 23-658; Docket Entry No. 15 in No. 23-780; Docket Entry No. 13 in No. 23-793) is granted. The schedule for briefing and record preparation in these petitions is stayed pending the Board's resolution of the motion for reconsideration.

Within 14 days after the Board's resolution of the pending motion for reconsideration, the parties must jointly notify this court of the ruling and submit a proposed schedule for filing the record and for briefing in these consolidated petitions.

Proceedings in these petitions are stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT