UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19<br><br>Petitioners/Cross-Respondents<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br><br>Respondent/Cross-Petitioner<br><br>and<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289<br><br>Intervenor | Case Nos. 23-632, 23-780 |
| PACIFIC MARITIME ASSOCIATION<br><br>Petitioner<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br><br>Respondent<br><br>and<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289 | Case No. 23-658 |

|  |  |  |
|---|---|---|
| **Intervenor** | ) | |
| _____ | ) | |
| **INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 160, LOCAL LODGE 289** | ) ) ) ) ) | |
| **Petitioner** | ) ) | |
| | ) | **Case No. 23-793** |
| v. | ) ) | |
| **NATIONAL LABOR RELATIONS BOARD** | ) ) ) | |
| **Respondent** | ) ) | |
| _____ | ) | |

## JOINT BRIEFING PROPOSAL

To the Honorable, the Judges of the United States
  Court of Appeals for the Ninth Circuit:

    The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, submits this filing on behalf of the Board and petitioners International Longshore and Warehouse Union ("ILWU"), Pacific Maritime Association ("PMA"), and International Association of Machinists and Aerospace Worker, District Lodge 160, Local Lodge 289 ("IAM"). As directed in the Court's June 13, 2023 Order, the Board, ILWU, PMA, and IAM hereby notify the Court that the Board has ruled on IAM's motion for reconsideration of the Board Order before the Court in these consolidated cases and propose a briefing schedule.

    1.    On April 6, 2023, the Board issued its decision and order in *International Longshore and Warehouse Union and International Longshore and*

*Warehouse Union, Local 19,* 372 NLRB No. 66, Board Case Nos. 19-CD-269624 and 19-CD-269637.

    2.    Three petitions for review of the Board's Order are pending before the Court. *International Longshore and Warehouse Union and International Longshore and Warehouse Union, Local 19. v. NLRB* (Docket No. 23-632) (filed April 10, 2023); *Pacific Maritime Association v. NLRB* (Docket No. 23-658) (filed April 13, 2023); *International Association of Machinists and Aerospace Workers, District Lodge 160, Local Lodge 289 v. NLRB* (Docket No. 23-793) (filed April 14, 2023). The Board's cross-application for enforcement of the same Order is also pending before the Court. *NLRB v. International Longshore and Warehouse Union and International Longshore and Warehouse Union, Local 19* (Docket No. 23-780) (filed April 27, 2023). IAM has intervened on behalf of the Board in the cases filed by petitioners ILWU and PMA. The Court consolidated the four cases.

    3.    On May 4, IAM, the charging party before the Board, filed with the Board a motion for reconsideration of the Board's April 6 Order. On June 13, acting on the Board's motion, the Court stayed the briefing schedule in the consolidated case while IAM's motion was pending. The Court directed that, within 14 days after the Board's resolution of the motion for reconsideration, the parties jointly notify the Court of the Board's ruling and submit a proposed schedule for filing the record and briefs in this consolidated case.

4. The Board denied IAM's motion for reconsideration on September 13. *See* Exh. A.

5. The Board has consulted with counsel for ILWU, PMA, and IAM, and proposes the following schedule:

>October 23, 2023 – certified list
>December 18, 2023 – opening briefs of ILWU, PMA, and IAM
>February 19, 2024 – consolidated answering brief of NLRB
>March 4, 2024 – intervenor brief of IAM
>April 1, 2024 – reply briefs of ILWU, PMA, and IAM

6. The foregoing proposed schedule allows Board counsel primarily responsible for this brief, Micah Jost and Kira Vol, adequate time to prepare the record and the Board's brief in the consolidated cases given Board counsel's other obligations, including the Board's briefs in: *Tesla v. NLRB*, 5th Cir. No. 21-60285 (*en banc*) (due October 13), *NLRB v. Valley Health System, LLC*, 9th Cir. Nos. 23-137, 23-640 (due October 27), *Starbucks Corp. v. NLRB*, D.C. Cir. Nos. 23-1171, 23-1188 (due November 1), *Import Motors II v. NLRB*, 9th Cir. Nos. 23-1771, 23-1949 (due November 28), and *NLRB v. Starbucks Corp.*, 3d Cir. Nos. 23-2953, 12-2241 (due December 1).

7. Counsel for ILWU, PMA, and IAM have stated that they agree to this proposed schedule.

WHEREFORE, the Board respectfully requests that the Court adopt the joint briefing proposal, described in paragraph 5 above.

              Respectfully submitted,

              /s/ Ruth E. Burdick
              Ruth E. Burdick
              Deputy Associate General Counsel
              NATIONAL LABOR RELATIONS BOARD
              1015 Half Street, SE
              Washington, DC  20570
              (202) 273-2960

Dated at Washington, DC
this 27th day of September 2023

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19 <br><br> Petitioners/Cross-Respondents <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD <br><br> Respondent/Cross-Petitioner <br> and <br><br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289 <br><br> Intervenor | Case Nos. 23-632, 23-780 |
| PACIFIC MARITIME ASSOCIATION <br><br> Petitioner <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD <br><br> Respondent <br> and <br><br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289 | Case No. 23-658 |

|  |  |
|---|---|
| **Intervenor** | ) |
| _____ | ) |
| **INTERNATIONAL ASSOCIATION OF** | ) |
| **MACHINISTS AND AEROSPACE** | ) |
| **WORKERS, DISTRICT LODGE 160,** | ) |
| **LOCAL LODGE 289** | ) |
|  | ) |
| **Petitioner** | ) |
|  | )  **Case No. 23-793** |
| **v.** | ) |
|  | ) |
| **NATIONAL LABOR RELATIONS BOARD** | ) |
|  | ) |
| **Respondent** | ) |
| _____ | ) |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its motion contains 578 words of proportionally spaced, 14-point type, and the word-processing system used was Microsoft Word for Office 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 27th day of September 2023

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19 )<br><br>Petitioners/Cross-Respondents )<br><br>v. )<br><br>NATIONAL LABOR RELATIONS BOARD )<br><br>Respondent/Cross-Petitioner )<br>and )<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289 )<br><br>Intervenor ) | Case Nos. 23-632, 23-780 |
| PACIFIC MARITIME ASSOCIATION )<br><br>Petitioner )<br><br>v. )<br><br>NATIONAL LABOR RELATIONS BOARD )<br><br>Respondent )<br>and )<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289 ) | Case No. 23-658 |

|  |  |
|---|---|
| **Intervenor** | ) |
| | ) |
| ——————————————— | ) |
| **INTERNATIONAL ASSOCIATION OF** | ) |
| **MACHINISTS AND AEROSPACE** | ) |
| **WORKERS, DISTRICT LODGE 160,** | ) |
| **LOCAL LODGE 289** | ) |
| | ) |
| **Petitioner** | ) |
| | ) Case No. 23-793 |
| v. | ) |
| | ) |
| **NATIONAL LABOR RELATIONS BOARD** | ) |
| | ) |
| **Respondent** | ) |
| ——————————————— | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate ACMS system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 27th day of September 2023

**Exhibit A**

McKP
Seattle, WA

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

    AND                                                          Cases 19-CD-269624
                                                                             19-CD-269637

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION, LOCAL 19

    AND

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, DISTRICT LODGE
160, LOCAL LODGE 289

    AND

SSA TERMINALS, LLC

    AND

PACIFIC MARITIME ASSOCIATION, Party in Interest

ORDER DENYING MOTION[1]

Charging Party International Association of Machinists and Aerospace Workers, District Lodge 160, Local Lodge 289's motion for reconsideration of the Board's Decision and Order reported at 372 NLRB No. 66 (2023) is denied. The Charging Party has not identified any material error or demonstrated extraordinary circumstances warranting reconsideration under Section 102.48(c)(1) of the Board's Rules and Regulations.

Dated, Washington, D.C., September 13, 2023.

---

[1] The National Labor Relations Board has delegated its authority in this proceeding to a three-member panel.

|  |  |
|---|---|
| _____ | |
| Lauren McFerran, | Chairman |
| | |
| _____ | |
| Marvin E. Kaplan, | Member |
| | |
| _____ | |
| David M. Prouty, | Member |

(SEAL)                    NATIONAL LABOR RELATIONS BOARD