**UNITED STATE COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19, | No. 23-632 <br><br> 19–CD–269637 <br> National Labor Relations Board |
| Petitioners, | |
| v. | |
| NATIONAL LABOR RELATIONS BOARD, | |
| Respondent, | |
| ------------------------------------------ <br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289, | |
| Intervenor. | |
| PACIFIC MARITIME ASSOCIATION, | No. 23-658 |
| Petitioner, | 19–CD–269637 <br> National Labor Relations Board |
| v. | |
| NATIONAL LABOR RELATIONS BOARD, | |
| Respondent, | |
| ------------------------------------------ <br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289, | |
| Intervenor. | |

JOINT PROPOSAL FOR BRIEFING SCHEDULE - 1

|   |   |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | No. 23-780 |
| Petitioner, | 19-CD-269637<br>National Labor Relations Board |
| v. | |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 19, | |
| Respondents, | |
| ----------------------------------------- | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289, | |
| Intervenor. | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289, | No. 23-793<br>19–CD–269637<br>National Labor Relations Board |
| Petitioner, | |
| v. | |
| NATIONAL LABOR RELATIONS BOARD, | |
| Respondent. | |

## Joint Proposal for Briefing Schedule

The International Longshore and Warehouse Union and International Longshore and Warehouse Union Local 19 (ILWU) submits this proposed briefing schedule on behalf of the Pacific Maritime Association (PMA), the National Labor

JOINT PROPOSAL FOR BRIEFING SCHEDULE - 2

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP

Relations Board (NLRB), and the International Association of Machinists and Aerospace Workers, District Lodge 160, Local Lodge 289 (IAM).

The Court's January 26, 2024, Order (Docket Entry No. 38.1) lifted the judicial stay in this matter and issued a briefing schedule. Subsequent to that Order, Petitioner ILWU retained the undersigned as new counsel and the undersigned appeared in this matter on February 13 (Docket Entry No. 39). Prior to ILWU counsel seeking an extension pursuant to Circuit Rule 31-2.2 (Extensions of Time for Filing Briefs), the Parties conferred to address the issue of the briefing schedule and the omission from the Court's January 26 Order and briefing schedule of the Intervenor's brief.

Previously, the Court granted the Parties' joint motion and set a briefing schedule similar to the one the Parties jointly propose herein (Docket Entry No. 25.1). Modeled on the Court's October 3, 2023 Order, the Parties jointly move for an Order resetting the briefing schedule in this matter as follows:

April 18, 2024 - Opening briefs for the ILWU, the PMA and the IAM

June 21, 2024 - Consolidated answering brief for the NLRB

July 12, 2024 - Intervenor brief of IAM

August 9, 2024 - Reply briefs of the ILWU, PMA, and the IAM

The foregoing proposed schedule provides ILWU's counsel time to review the record and get up to speed in this matter.

JOINT PROPOSAL FOR BRIEFING SCHEDULE - 3

Counsel for PMA, NLRB, and IAM have confirmed that they agree with this proposed schedule and join this request.

Based on the foregoing, Petitioner ILWU respectfully requests this Court adopt the joint proposed briefing schedule described above.

DATED this 28th day of February, 2024.

*s/ Robert H. Lavitt*
Robert H. Lavitt, WSBA No. 27758
BARNARD IGLITZIN & LAVITT LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6004 (phone)
(206) 378-4132 (fax)
*lavitt@workerlaw.com*

JOINT PROPOSAL FOR BRIEFING SCHEDULE - 4

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), ILWU certifies that the foregoing motion contains 300 words of proportionally spaced, 14-point type, and the word-processing system used was Microsoft Word.

Dated this 28th day of February, 2024.

*s/ Robert H. Lavitt*
Robert H. Lavitt, WSBA No. 27758
BARNARD IGLITZIN & LAVITT LLP
18 W Mercer St, Suite 400
Seattle, WA 98119
(206) 257-6004 (phone)
(206) 378-4132 (fax)
*lavitt@workerlaw.com*

JOINT PROPOSAL FOR BRIEFING SCHEDULE - 5

18 WEST MERCER ST., STE. 400  **BARNARD**
SEATTLE, WASHINGTON 98119  **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132  **LAVITT LLP**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28th, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that the forgoing document was served on all parties or their counsel of record through the appellate ACMS system.

Dated this 28th day of February, 2024.

*s/ Jennifer Fernando*
Jennifer Fernando, Paralegal
BARNARD IGLITZIN & LAVITT LLP

DECLARATION OF SERVICE - 6

18 WEST MERCER ST., STE. 400 **BARNARD**
SEATTLE, WASHINGTON 98119 **IGLITZIN &**
TEL 800.238.4231 | FAX 206.378.4132 **LAVITT LLP**