UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION - LOCAL 19, <br><br> Petitioners, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent, <br><br> ------------------------------------ <br><br> INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289, <br><br> Intervenor. | No. 23-632 <br><br> NLRB No. 19–CD–269637 <br><br> ORDER |
| PACIFIC MARITIME ASSOCIATION, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent, | No. 23-658 <br> NLRB No. <br> 19–CD–269637 |

| | |
|---|---|
| ---------------------------------------<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>        Intervenor. | |
| NATIONAL LABOR RELATIONS BOARD,<br><br>        Petitioner,<br><br> v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION - LOCAL 19,<br><br>        Respondents,<br><br>---------------------------------------<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>        Intervenor. | No. 23-780<br>NLRB No.<br>19-CD-269637 |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 160, LOCAL LODGE 289,<br><br>        Petitioner, | No. 23-793<br>NLRB No.<br>19–CD–269637 |

v.

NATIONAL LABOR RELATIONS BOARD,

      Respondent.

Before: S.R. THOMAS and MILLER, Circuit Judges, and ROSENTHAL, District Judge.[*]

The International Longshore and Warehouse Union and International Longshore and Warehouse Union – Local 19 (Petitioners in Case No. 23-632 and Respondents in Case 23-780) and the Pacific Maritime Association (Petitioner in Case No. 23-658) are directed to file responses to the petitions for rehearing en banc within 21 days of the date of this order. The responses shall not exceed 15 pages in length unless they comply with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.

---

[*] The Honorable Lee H. Rosenthal, United States District Judge for the Southern District of Texas, sitting by designation.